No. 3765.—PAGÁN, aplte., *v.* TOWNER, GOBERNADOR, apdo. —C. D. San Juan, Disto. 1º.   Oct. 16, 1925.

POR CUANTO presentada la solicitud de *mandamus,* la Corte de Distrito de San Juan, Primer Distrito, el 8 de septiembre de 1925, la declaró de plano sin lugar, por las razones expresadas en la opinión que al efecto emitiera;

POR CUANTO no conforme el solicitante interpuso esta apelación sin notificar a la parte contraria, a quien favorece la resolución apelada, y

POR CUANTO la ley de modo terminante exige que dicha notificación se practique para que esta corte adquiera jurisdicción;

POR TANTO, vistos la ley estableciendo el auto de *mandamus* de 1903, el artículo 296 del Código de Enjuiciamiento Civil, y la jurisprudencia aplicable, 3 C. J., *Appeal and Error,* párrafos 111, 125, 128 y 970, y 1 *Fairall's Code of Civil Procedure,* páginas 1034 a 1044, y no habiendo la parte apelante citado ni prometido citar precepto de ley o jurisprudencia algunos que autoricen el curso que ha seguido, procede desestimar *y se desestima la apelación interpuesta.*

El Juez Asociado Sr. Wolf no intervino.

No. 498. — RIVERA, peticionario, *v.* HON. PABLO BERGA, JUEZ, demandado.—C. D. San Juan. *Certiorari.* Nov. 3, 1925.  *Denegado.*

No. 3726.—CANTRE, apdo., *v.* DÁVILA VENTURA, aplte.— C. D. San Juan, Disto. 1º.  Nov. 6, 1925.  Apareciendo que la sentencia fué dictada en 11 de diciembre de 1924 y la apelación interpuesta en 18 de dicho mes y año, cuyo escrito no fué notificado al demandante o su abogado, como exige el artículo 296 del Código de Enjuiciamiento Civil, y no constando tampoco que en la corte inferior haya sido radicada ninguna transcripción de evidencia ni legajo de sentencia o solicitado ni concedido prórroga alguna con tal fin, y no habiendo la apelante radicado hasta ahora en la Secretaría de esta Corte Suprema la transcripción de autos, *se desestima la apelación.*